LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.149
Washington, D.C. 20002
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorney for Defendant*

[additional counsel listed in signature block]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:20-cv-00448-VC<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

Defendant Andrew R. Wheeler, in his official capacity as the Administrator of the United States Environmental Protection Agency ("EPA"), and Plaintiffs Center for Biological Diversity and Center for Environmental Health (collectively, "Plaintiffs"), by and through the undersigned counsel, hereby jointly move the Court to enter the attached Consent Decree (attached as Exhibit A). In support of this motion, the Plaintiffs and EPA (collectively, the "Parties") state as follows:

1. Plaintiffs' First Amended Complaint (Dkt. No. 13) alleges that EPA has failed to undertake certain non-discretionary duties under the Clean Air Act ("CAA"), 42 U.S.C. §§ 7401-7671q, and that such alleged failures are actionable under CAA section 304(a)(2) of the CAA, 42 U.S.C. § 7604(a)(2).

2. In Claim 1, Plaintiffs allege that EPA has failed to make a finding of failure to submit a state implementation plan ("SIP") or SIP revision implementing reasonably available control technology ("RACT") for volatile organic compounds sources covered by the control techniques guideline ("CTG") document entitled Control Techniques Guidelines for the Oil and Natural Gas Industry (EPA 453/B-16-001), *Notice*, 81 Fed. Reg. 74,798 (Oct. 27, 2016) (the "Oil and Gas RACT CTG") pursuant to 42 U.S.C. § 7410(k)(1)(B) for the 2008 ozone National Ambient Air Quality Standards ("NAAQS") for the states and areas listed in Table 1 of the First Amended Complaint within six months after the due date, i.e. by April 27, 2019, First Am. Compl. ¶¶ 1, 41.

3. EPA has received SIP submissions addressing the Oil and Gas RACT CTG for the Maine listing, the Mariposa County and Antelope Valley listings in California, both Maryland listings, the Pinal County listing in Arizona, and all three Wisconsin listings in Table 1 of the First Amended Complaint and has deemed those submissions complete. Claim 1 is therefore moot as to the following listings in Table 1 of the First Amended Complaint:

| State | Nonattainment Area or Ozone Transport Region ("OTR") |
|---|---|
| Arizona | Phoenix-Mesa, AZ nonattainment area (Pinal County (part) portion) |
| California | Los Angeles-San Bernardino Counties (West Mojave Desert), CA nonattainment area (Antelope Valley portion) |

2

JOINT MOTION TO ENTER CONSENT DECREE
CASE NO. 3:20-CV-00448-VC

| State | Nonattainment Area or Ozone Transport Region ("OTR") |
|---|---|
| California | Mariposa County, CA nonattainment area |
| Maine | OTR (Maine portion) |
| Maryland | Baltimore, MD nonattainment area |
| Maryland | OTR (Maryland portion) |
| Wisconsin | Chicago-Naperville nonattainment area |
| Wisconsin | Inland Sheboygan County nonattainment area |
| Wisconsin | Shoreline Sheboygan County nonattainment area |

4.   In Claim 2, Plaintiffs allege that EPA has failed to perform a duty mandated by CAA sections 110(k)(2)-(4), 42 U.S.C. §§ 7410(k)(2)-(4), to take final action to approve or disapprove, in whole or in part, Oil and Gas RACT CTG SIPs for the 2008 and/or 2015 ozone NAAQS submitted by various states for the nonattainment areas and OTR states listed in Tables 2 and 3 of the First Amended Complaint, First Am. Compl. ¶¶ 2, 3, 49;

5.   On July 27, 2020, EPA took final action on a SIP revision submitted by the Commonwealth of Massachusetts approving Massachusetts' determination that there are no facilities in the Commonwealth subject to the Oil and Gas RACT CTG. *Final Rule*, 85 Fed. Reg. 51,666 (Aug. 21, 2020). Claim 2 is therefore moot as to the Massachusetts portion of the ozone transport region for the 2008 ozone NAAQS, *see Final Rule*, 73 Fed. Reg. 16,436 (Mar. 27, 2008), and the 2015 ozone NAAQS, *see Final Rule*, 80 Fed. Reg. 65,292 (Oct. 26, 2015).

6.   The Parties reached agreement on a proposed Consent Decree resolving all claims in August 2020. Section 113(g) of the CAA, 42 U.S.C. § 7413(g), requires EPA to provide "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action or matter to comment in writing" upon the proposed Consent Decree. The proposed Consent Decree was noticed in the *Federal Register* on August 21, 2020. *Notice*, 85 Fed. Reg. 51,698 (Aug. 21, 2020). That notice and comment process is now complete. EPA received no comments disclosing facts or considerations that indicate that the Department of Justice or EPA should withhold consent.

7.   The Parties jointly request that the Court enter the proposed Consent Decree.

8. Through the Consent Decree, EPA and Plaintiffs indicate their agreement that the Consent Decree is fair, reasonable, and in the public interest. The Court should therefore enter the attached Consent Decree.

WHEREFORE, the Parties respectfully move the Court to enter the attached Consent Decree.

Respectfully submitted,

Date: October 9, 2020         /s/ Robert Ukeiley (email authorization 10/8/20)
ROBERT UKEILEY, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (720) 496-8568
Email: rukeiley@biologicaldiversity.org

Jonathan Evans (CA Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: 510-844-7100 x318
Fax: 510-844-7150
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

Date: October 9, 2020

      /s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.149
Washington, D.C. 20002
Tel: (202) 514-0375
Leslie.Hill@usdoj.gov

*Attorney for Defendant*

Of counsel:

Derek Mills
Office of General Counsel
U.S. Environmental Protection Agency

## **[PROPOSED] ORDER**

Before the Court is the parties' Joint Motion to Enter the Consent Decree. The Court finds the proposed consent decree to be fair, reasonable, and in the public interest. Therefore, the Joint Motion is **GRANTED**.

**IT IS SO ORDERED**.

Dated:

VINCE CHHABRIA
United States District Judge