1  JEAN A. WILLIAMS
   Acting Assistant Attorney General
2  LESLIE M. HILL (D.C. Bar No. 476008)
3  Leslie.Hill@usdoj.gov
   United States Department of Justice
4  Environment & Natural Resources Division
   Environmental Defense Section
5  4 Constitution Square
6  150 M Street, N.E.
   Suite 4.149
7  Washington, D. C.  20002
   Telephone (202) 514-0375
8  Facsimile (202) 514-8865
9
10 *Attorney for Defendant*

11 [additional counsel listed in signature block]

12         **UNITED STATES DISTRICT COURT**
       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13            **SAN FRANCISCO DIVISION**

14
15 CENTER FOR BIOLOGICAL DIVERSITY
   *et al.*,
16                                                    Case No. 3:20-cv-00448-VC
                 Plaintiffs,
17                                                    **JOINT STIPULATION AND
          v.                                          [PROPOSED] ORDER**
18
19 MICHAEL S. REGAN, in his official capacity
   as Administrator of the United States
20 Environmental Protection Agency,[1]

21               Defendant.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Andrew R. Wheeler's successor, Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency, is automatically substituted as the Defendant in this case.

1

Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency ("EPA"), and Plaintiffs Center for Biological Diversity and Center for Environmental Health (collectively, "Plaintiffs") stipulate to and request that the Court enter an order vacating the case management conference set for Wednesday, May 26, 2021 at 2:00 p.m. In support of this request, Plaintiffs and EPA (collectively, the "Parties") state as follows:

1. On October 21, 2020, the Court entered a consent decree resolving the substantive claims in this case. Dkt. No. 33 ("Consent Decree"). However, the Consent Decree did not resolve Plaintiffs' claim for costs of litigation. The Consent Decree extended the deadline for filing a motion for costs of litigation until ninety days after entry of the Decree, i.e., January 19, 2021.

2. On January 19, 2021, the Parties advised the Court that they had completed discussions regarding resolving Plaintiffs' claim for cost of litigation, including attorney's fees, without further litigation and have reduced their tentative agreement to writing. The Parties further advised the Court that approval of any settlement on behalf of EPA requires review and approval by the appropriate officials at EPA and the Department of Justice and that, if approved, the parties would need 120 days to effectuate payment under the tentative agreement. Dkt. No. 34. Therefore, the Parties requested that the Court enter an order extending the deadline for Plaintiffs to file a motion for costs of litigation by 150 days, i.e. to June 18, 2021.

3. On, January 19, 2021, the Court entered an order extending the deadline for Plaintiffs to file a motion for costs of litigation to June 18, 2021 and setting a further case management conference for Wednesday, May 26, 2021 at 2:00 p.m.

4. The Parties have resolved Plaintiffs' claim for costs of litigation and EPA has effectuate payment.

5. Therefore, the Parties stipulate to and respectfully request that the Court vacate the further case management conference set for Wednesday, May 26, 2021 at 2:00 p.m.

//
//

Respectfully submitted,

Date: May 13, 2021        /s/ Robert Ukeiley (email authorization 5/13/21)
　　　　　　　　　　　　　ROBERT UKEILEY, Admitted *Pro Hac Vice*
　　　　　　　　　　　　　CENTER FOR BIOLOGICAL DIVERSITY
　　　　　　　　　　　　　1536 Wynkoop St., Ste. 421
　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　Tel: (720) 496-8568
　　　　　　　　　　　　　Email: rukeiley@biologicaldiversity.org

　　　　　　　　　　　　　Jonathan Evans (CA Bar No. 247376)
　　　　　　　　　　　　　CENTER FOR BIOLOGICAL DIVERSITY
　　　　　　　　　　　　　1212 Broadway, Suite 800
　　　　　　　　　　　　　Oakland, CA 94612
　　　　　　　　　　　　　Tel: 510-844-7100 x318
　　　　　　　　　　　　　Fax: 510-844-7150
　　　　　　　　　　　　　Email: jevans@biologicaldiversity.org

　　　　　　　　　　　　　*Counsel for Plaintiffs*

Date: May 13, 2021

　　　　　　　　　　　　　JEAN A. WILLIAMS
　　　　　　　　　　　　　Acting Assistant Attorney General


　　　　　　　　　　　　　 /s/ Leslie M. Hill
　　　　　　　　　　　　　LESLIE M. HILL (D.C. Bar No. 476008)
　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　Environmental Defense Section
　　　　　　　　　　　　　4 Constitution Square
　　　　　　　　　　　　　150 M Street, N.E.
　　　　　　　　　　　　　Suite 4.149
　　　　　　　　　　　　　Washington, D. C.  20002
　　　　　　　　　　　　　Tel: (202) 514-0375
　　　　　　　　　　　　　Leslie.Hill@usdoj.gov

　　　　　　　　　　　　　*Attorney for Defendant*

Of counsel:

Derek Mills
Office of General Counsel
U.S. Environmental Protection Agency

3

# [~~PROPOSED~~] ORDER

Pursuant to stipulation and for good cause shown, the case management conference set for Wednesday, May 26, 2021 at 2:00 p.m. is hereby vacated.

**IT IS SO ORDERED**.

Dated: May 19, 2021

_____
VINCE CHHABRIA
United States District Judge