TODD KIM
Assistant Attorney General
LESLIE M. HILL (D.C. Bar No. 476008)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St., N.E.
Suite 4.149
Washington D.C.  20002
Telephone (202) 514-0375
Facsimile (202) 514-8865
Email: leslie.hill@usdoj.gov

*Attorneys for Defendant*

[additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:20-cv-00448-VC<br><br>**JOINT NOTICE TO COURT OF STIPULATION TO MODIFY CONSENT DECREE (DKT. NO. 33)** |

Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (hereinafter "EPA"), and Plaintiffs Center for Biological Diversity and Center for Environmental Health (collectively, "Plaintiffs") file this stipulation notifying the Court that the parties have agreed to extend the deadline for final action on a portion of a nonattainment state implementation plan ("SIP") submittal. The aforementioned deadline is set forth in Paragraph 1.d of the Consent Decree entered by the Court on October 21, 2020 (Dkt. No. 33). Paragraph 6 of the Consent Decree provides, inter alia, that "[t]he deadlines

established by this Consent Decree may be extended (a) by written stipulation of Plaintiffs and EPA with notice to the Court . . ." Consent Decree, ¶ 6.

      WHEREAS, the Consent Decree provides that the appropriate EPA official shall "sign a notice of proposed rulemaking to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part, on Oil and Gas RACT CTG SIP for the 2008 ozone NAAQS from Colorado for the Denver-Boulder-Greeley-Ft. Collins-Loveland, CO nonattainment area (codified at 40 C.F.R. § 81.306), by no later than June 30, 2021," Consent Decree, ¶ 1.c;

      WHEREAS, on June 11, 2021, EPA proposed to approve SIP "revisions submitted by the State of Colorado on May 14, 2018, May 8, 2019, and May 13, 2020. The revisions are to Colorado Air Quality Control Commission (Commission or AQCC) Regulation Number 7 (Reg. 7). The revisions to Reg. 7 address Colorado's SIP obligation to require reasonably available control technology (RACT) for sources covered by the 2016 oil & natural gas control techniques guidelines (CTG or CTGs) for Moderate nonattainment areas under the 2008 ozone National Ambient Air Quality Standard (NAAQS); update RACT requirements for major sources of volatile organic compounds (VOC) and nitrogen oxides ($NO_X$)," *Proposed Rule*, 86 Fed. Reg. 32,656 (June 22, 2021) ("Proposed Rule");

      WHEREAS, the Consent Decree provides that the appropriate EPA official shall "sign a notice of final rulemaking to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part, an on Oil and Gas RACT CTG SIP for the 2008 ozone NAAQS from Colorado for the Denver-Boulder-Greeley-Ft. Collins-Loveland, CO nonattainment area, by no later than October 31, 2021," Consent Decree, ¶ 1.d;

      WHEREAS, in light of comments from Plaintiff Center for Biological Diversity and others[1] received in response to the Proposed Rule, EPA needs additional time to take final

---

[1] Comments submitted to Docket No. EPA-R08-OAR-2021-0262 by the Center for Biological Diversity, Earthworks, and the Sierra Club (Document ID Nos. EPA-R08-OAR-2021-0262-0018, EPA-R08-OAR-2021-0262-0019, and EPA-R08-OAR-2021-0262-0020), Tracking Number: krf-nqes-mi94, krf-o8h4-kb4k, and krf-o20w-alcf.

action on a portion of the May 2018 Colorado Oil and Gas RACT CTG SIP submission for the Denver-Boulder-Greeley-Ft. Collins-Loveland, CO nonattainment area, identified as Colorado Regulation No. 7, Section XII.J.1 (since renumbered to Colorado Regulation No. 7, Part D, Section I.J.1), in order to address a deficiency related to testing, monitoring, recordkeeping and reporting requirements;

WHEREAS, therefore, the parties have agreed to an extension of the final rule deadline in Paragraph 1.d of the Consent Decree from October 31, 2021, as described below, as to the portion of the May 2018 Colorado Oil and Gas RACT CTG SIP submission for the Denver-Boulder-Greeley-Ft. Collins-Loveland, CO nonattainment area, identified as Colorado Regulation No. 7, Section XII.J.1 (since renumbered to Colorado Regulation No. 7, Part D, Section I.J.1);

WHEREAS, the parties disagree as to the scope of the obligation in Paragraph 1.d of the Consent Decree, but the parties understand that if EPA takes final action on Colorado Regulation No. 7, Sections XII.D, E, and F (as renumbered to Colorado Regulation No. 7, Part D, Sections I.D., I.E, and I.F and otherwise revised in the May 2020 Colorado SIP submittal) when it takes final action on Colorado Regulation No. 7, Part D, Section I.J.1 consistent with the deadlines set forth below, then Plaintiffs will not seek to enforce Paragraph 1.d of the Consent Decree as to Colorado Regulation No. 7, Part D, Sections I.D., I.E, and I.F;

NOW THEREFORE, Plaintiffs and EPA hereby stipulate as follows:

1. EPA's deadline to perform the action described in Paragraph 1.d of the Consent Decree (Dkt. No. 33, ¶ 1.d), to the extent it relates to a portion of the May 2018 Colorado Oil and Gas RACT CTG SIP submission for the Denver-Boulder-Greeley-Ft. Collins-Loveland, CO nonattainment area identified as Colorado Regulation No. 7, Section XII.J.1 (since renumbered to Colorado Regulation No. 7, Part D, Section I.J.1) is extended to January 31, 2022.

2. Notwithstanding Paragraph 1, if by December 20, 2021, the Colorado Air Quality Control Commission issues a new or revised regulation affecting Colorado Regulation No. 7, Part D, Section I.J.1 that relates to testing, monitoring, recordkeeping, and reporting requirements, then EPA's deadline to perform the action described in Paragraph 1.d of the

Consent Decree (Dkt. No. 33, ¶ 1.d), to the extent it relates to the portion of the May 2018 Colorado Oil and Gas RACT CTG SIP submission for the Denver-Boulder-Greeley-Ft. Collins-Loveland, CO nonattainment area identified as Colorado Regulation No. 7, Section XII.J.1 (since renumbered to Colorado Regulation No. 7, Part D, Section I.J.1) is extended to May 13, 2022.

Respectfully submitted,

Date: October 22, 2021

/s Robert Ukeiley (email auth. 10/20/21)
ROBERT UKEILEY, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (720) 496-8568
Email: rukeiley@biologicaldiversity.org

Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: 510-844-7100 x318
Fax: 510-844-7150
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

TODD KIM
Assistant Attorney General

 /s Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St., N.E.
Suite 4.149
Washington D.C.  20002
Tel: (202) 514-0375
Email: leslie.hill@usdoj.gov

*Attorneys for Defendant*

Of counsel:

Derek Mills
Office of General Counsel
U.S. Environmental Protection Agency